AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

TOBY J. MASSE,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

JEFFREY UTTECHT, et al.,

CASE NUMBER: CV-10-5005-LRS

Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Defendants are awarded judgment on all of the claims asserted against them in Plaintiff's Complaint pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on March 8, 2011, Ct. Rec. 43.

March 8, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas